IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

MILLISA CALLAWAY,                    )
                                     )
        Plaintiff,                   )
                                     )        Civil Action No.:
v.                                   )        1:cv-15-137
                                     )
JEFFERSON CAPITAL SYSTEMS, LLC  )
        Defendant.                   )

---

## PLAINTIFF'S MOTION TO DISMISS

---

COMES NOW the Plaintiff by and through her attorney of record to Move this Honorable Court to dismiss the case, stating the following as grounds therefor:

1. The parties have reached a settlement of all claims between them.

WHEREFORE, the Plaintiff requests this Court dismiss this case.


RESPECTFULLY SUBMITTED this the 14th Day of October, 2015.

/s/ Judson E. Crump_____
Judson E. Crump [CRU021]

Judson E. Crump, P.C.
PO Box 2769
Daphne, Alabama 36526
judson@judsonecrump.com
251.272.9148


CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all parties by filing the same with the CM/ECF System on this 14th Day of October, 2015.

/s/ Judson E. Crump_____
Judson E. Crump